# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1979
_____

LAWRENCE WEST,

    Appellant,

    v.

NICOLE WEST,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

September 16, 2024

PER CURIAM.

    DISMISSED for lack of jurisdiction.

B.L. THOMAS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lawrence West, pro se, Appellant.

Charles F. Beall, Jr. of Moore, Hill & Westmoreland, P.A., Pensacola, for Appellee.